UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>   v.<br><br>JAMAR JARVIS | No. 19 CR 420<br><br>Judge Matthew F. Kennelly |

**STATEMENT OF THE CASE**

Defendant is accused of carjacking a victim on October 18, 2018 and using, carrying, or brandishing a firearm in relation to that carjacking. He is specifically charged in an indictment with one count of carjacking, in violation of Title 18, United States Code, Section 2119, and one count of use of a firearm during a crime of violence, in violation of Title 18, United States Code, Section 924(c)(1)(A).

The defendant has pled not guilty to the charges.

                                                Respectfully submitted,
                                                JOHN R. LAUSCH, JR.
                                                United States Attorney

                                    By:  /s/Albert Berry III
                                                ALBERT BERRY III
                                                MICHELLE KRAMER
                                                Assistant United States Attorneys
                                                219 South Dearborn Street
                                                Chicago, Illinois 60604